UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LESLIE FARMER, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 16-cv-374-GKF-FHM |
| | ) | |
| PROGRESSIVE NORTHERN INSURANCE COMPANY, a foreign for profit business, PROGRESSIVE INSURANCE COMPANY [SIC], a foreign for profit business, PROGRESSIVE SPECIALTY INSURANCE AGENCY, INC., a foreign for profit business, PROGRESSIVE GROUP OF INSURANCE COMPANIES [SIC], a foreign for profit business, PROGRESSIVE DIRECT GROUP OF INSURANCE COMPANIES [SIC], a foreign for profit business, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE OF DEFENDANTS
PROGRESSIVE INSURANCE COMPANY, PROGRESSIVE
SPECIALTY INSURANCE AGENCY, INC., PROGRESSIVE GROUP
OF INSURANCE COMPANIES, AND PROGRESSIVE DIRECT GROUP
<u>OF INSURANCE COMPANIES, A FOREIGN FOR PROFIT BUSINESS, *ONLY*</u>**

The following parties to this lawsuit, Plaintiff, Leslie Farmer, and Defendant, Progressive Northern Insurance Company, pursuant to Fed. R. Civ. P. 41, stipulate this case should be dismissed with prejudice as to Defendants, Progressive Insurance Company, Progressive Specialty Insurance Agency, Inc., Progressive Group of Insurance Companies, and Progressive Direct Group of Insurance Companies, *only*.

Dated this 21st day of July 2016.

| | |
|---|---|
| /s Amber Peckio Garrett | /s Brad L. Roberson |
| *(Signed by Filing Attorney with Permission of Attorney)* | Brad L. Roberson, OBA No. 18819 |
| Amber Peckio Garrett, OBA No. 19908 | PIGNATO, COOPER, KOLKER & ROBERSON, P.C. |
| GARRETT LAW CENTER, P.L.L.C. | Robinson Renaissance |
| Post Office Box 1349 | 119 North Robinson Avenue, 11th Floor |
| Tulsa, Oklahoma 74101 | Oklahoma City, Oklahoma 73102 |
| Telephone:   918-895-7216 | Telephone:   405-606-3333 |
| Facsimile:   918-895-7217 | Facsimile:   405-606-3334 |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |