UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LESLIE FARMER, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 16-cv-374-GKF-FHM |
| | ) |
| PROGRESSIVE NORTHERN INSURANCE | ) |
| COMPANY, a foreign for profit business, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Defendant, Progressive Northern Insurance Company ("Progressive"), advises the Court that the above-referenced litigation recently settled in its entirety. As a result, Progressive submits this Notice of Settlement. Furthermore, Progressive requests that a 60 day Administrative Closing Order be entered for the reasons set forth below.

As this Court is aware, a Settlement Conference took place on January 17, 2017. The parties were unable to resolve the matter at the Settlement Conference. However, as reflected on the Settlement Conference Report [DKT. NO. 34], settlement negotiations continued thereafter. Due to the efforts of Adjunct Settlement Judge Tom R. Hillis, the parties were able to reach a settlement agreement on February 9, 2017.

As a result of the automobile accident giving rise to this litigation, Plaintiff alleges she has incurred in excess of $50,000.00 in medical bills. Counsel for Plaintiff is currently in negotiations with the medical providers in an effort to reduce the medical bills below the agreed upon settlement between Plaintiff and Progressive. It is anticipated that those negotiations will be concluded within 60 days. As a result, Progressive respectfully requests this Court enter an Administrative Closing Order allowing a Stipulation of Dismissal With Prejudice to be filed at the conclusion of 60 days.

The Pretrial Conference is currently set for December 5, 2017. The trial is currently set for December 18, 2017. As a result, no pending deadlines will be effected. Of course, the parties also respectfully request that Progressive's Motion to Certify Question be deemed moot due to settlement.

WHEREFORE, Progressive requests the Court enter a 60 day Administrative Closing Order allowing the parties to file a Stipulation of Dismissal With Prejudice on or before May 31, 2017.

Respectfully submitted,

s/ Brad L. Roberson
Brad L. Roberson, OBA No. 18819
Erin J. Rooney, OBA No. 31207
PIGNATO, COOPER, KOLKER & ROBERSON, P.C.
Robinson Renaissance Building
119 North Robinson Avenue, 11th Floor
Oklahoma City, Oklahoma 73102
Telephone:   405-606-3333
Facsimile:    405-606-3334
Email:           brad@pclaw.org
                     erin@pclaw.org
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Amber Peckio Garrett, Esquire

s/ Brad L. Roberson
For the Firm